IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **Burd & Fletcher Company,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Case No. 11-0477-CV-W-JTM |
| | ) | |
| **Employers Ins. Co. Of Wausau,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the stipulation of the parties, it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

                        */s/ John T. Maughmer*
                        **JOHN T. MAUGHMER**
                        **U. S. MAGISTRATE JUDGE**